IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Randy Stoute,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Coops Fitness, LLC,<br><br>　　　　　　　Defendant. | Civil Action No.  6:14-1642-GRA-KFM<br><br>**REPORT OF MAGISTRATE JUDGE** |

　　　　This matter is before the court on motion of the plaintiff, who is proceeding *pro se*, to dismiss the case (doc. 27).  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(A) and Local Civil Rule 73.02(B)(2)(e) DSC, all pretrial matters in cases involving *pro se* litigants are referred to a United States Magistrate Judge for consideration.

　　　　On May 14, 2014, the defendant filed a motion to dismiss for failure to state a claim (doc. 22).  By order of this court filed May 15, 2014, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised of the motion to dismiss procedure and the possible consequences if he failed to respond adequately.  The due date for plaintiff's response was June 19, 2014.  On that date, the plaintiff filed a motion to dismiss the case.  The defendant filed no objection to the plaintiff's motion to dismiss.

　　　　Wherefore, it is recommended that the plaintiff's motion (doc. 27) be granted and this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Should the district court adopt this recommendation, the defendant's motion to dismiss (doc. 22) will be rendered moot.

*[signature]*

Kevin F. McDonald
United States Magistrate Judge

July 9, 2014
Greenville, South Carolina

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4$_{th}$ Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 300 East Washington Street
> Greenville, South Carolina 29601

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).